JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANIS KAIGHN, et al.,                    )      Case No.: CV 15-8339 DSF (JEMx)
           Plaintiff,                    )
                          )
          v.                          )      JUDGMENT
                          )
RICHARD B. CHENEY, et al.                 )
          Defendants.                  )
_____          )
                          )

      The Court having dismissed the case for failure to prosecute and failure to comply with this Court's orders,

      IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

      5/24/16

Dated: _____          _____
                                      Dale S. Fischer
                                United States District Judge